PROB 12C
(NEP 4/2013)

<div style="color:red; text-align:center; font-size:2em;">**SEALED**</div>

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **Offender:** | Majok Bethow | **Docket No. 8:22CR00116** |
| **Type of Supervision:** | Supervised Release | **Date of This Report:** March 24, 2025 |

**Sentencing Judge:**   The Honorable Robert F. Rossiter, Jr.
                        Chief U.S. District Judge

**Offense of Conviction:** Firearms Conspiracy in Furtherance of Drug Trafficking 18 U.S.C. § 924(o)
    Date Sentenced:  January 11, 2024
    Original Sentence:  24 Months Bureau of Prisons; 36 Months Supervised Release

**Supervision Term:**   June 16, 2024 through June 15, 2027

| **Prepared By:** | **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|---|
| Caitlin N. Gates | Matt E. Lierman | Clarence E. Mock, III |

---

## PETITIONING THE COURT

The undersigned probation officer recommends that a <u>Warrant</u> be issued for service upon Majok Bethow and that a hearing be held by the Court to determine whether the offender has violated the conditions of supervision as set forth in this report and to determine whether the offender's supervision should be revoked or continued, modified, and/or extended based on the alleged violations.  A Warrant is requested as Majok Bethow's whereabouts are unknown. To expedite the issuance of a warrant, the Violation Provisions and Recommendation worksheet is not included, but will be provided to the Court no later than March 31, 2025.

**Majok Bethow**  **March 24, 2025**
**Petition for Warrant or Summons**  Page 2 of 5

The probation officer believes the offender has violated the following conditions of supervision:

| Allegation No. | Nature of Noncompliance |
|---|---|
| 1 | Majok Bethow is in violation of **the Mandatory Condition #2** which states, " You must not unlawfully possess a controlled substance." |

On March 22, 2025, Majok Bethow possessed a controlled substance in Omaha, Nebraska. According to information received from the Omaha Police Department, officers were dispatched to a trespassing call at a 29th Street address in Omaha, Nebraska. Dispatch advised that there were multiple cars on the property and that there were weapons and drugs involved. Upon arrival, officers observed Mr. Bethow walking westbound from the location. Mr. Bethow disregarded officer's commands to stop and kept walking. Mr. Bethow began to reach in his waist band and was quickly taken into custody without incident. Mr. Bethow was searched, and officers felt what appeared to be a bag containing a substance. Mr. Bethow admitted to having marijuana on him. Officers retrieved the bag containing approximately one ounce of marijuana. Mr. Bethow was released, and the ounce of marijuana was packaged into property at central headquarters.

**If the Court finds the offender has violated the conditions of supervision by possessing a controlled substance, the Court shall revoke supervision and impose a sentence which includes a term of imprisonment.**

2    Majok Bethow is in violation of **the Mandatory Condition #3** which states, "You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."

On February 7, 2025, Majok Bethow reported to the Omaha Probation Office as directed and submitted to a urinalysis drug test which indicated presumptive positive for marijuana. Mr. Bethow admitted to smoking marijuana 30 days prior to the date of the test.

3    Majok Bethow is in violation of **Standard Condition #2** which states, "After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed."

On February 7, 2025, Majok Bethow reported to the Omaha Probation Office and met with USPO Brian Randall. Mr. Bethow reported his phone does not have service and the best way to contact him is via his father's phone. The undersigned attempted to contact Mr. Bethow via the phone number he provided for his father on the following dates: February 13, 2025, February 18, 2025, February 24, 2025, and March 11, 2025. All phone attempts were unsuccessful. A letter was mailed to Mr. Bethow's approved residence directing him to report to the Omaha Probation Office on February 24, 2025; Mr. Bethow failed to report. The undersigned attempted to contact Mr. Bethow at his approved residence on March 3, 2025; his mother advised he was not home, and his cellphone was seized by law enforcement, but would relay that he is directed to contact his supervising officer. As of the writing of this report, Mr. Bethow has failed to contact the probation office.

| | |
|---|---|
| 4 | Majok Bethow is in violation of **Standard Condition #7** which states, "You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change." |
| | On January 7, 2025, the undersigned provided information for 3 staffing agencies located in Omaha to Mr. Bethow and directed him to seek assistance from one of his choosing by January 10, 2025. On January 15, 2025, Mr. Bethow indicated via text message "I went I'm waiting on him to call me for a job at major plastic" and "I got an interview Monday for a maintenance job". As of March 18, 2025, Mr. Bethow has failed to obtain lawful employment. |
| 5 | Majok Bethow is in violation of **Standard Condition #8** which states, "You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer." |
| | On January 16, 2025, the undersigned received an alert from the National Crime Information Center (NCIC) regarding Majok Bethow. The undersigned contacted the Omaha Police Department (OPD) record department and was advised there were no recent reports regarding Mr. Bethow. On January 24, 2024, the undersigned received an additional NCIC alert. Records were obtained from the Omaha Police Department that name Mr. Bethow. The incident report dated January 15, 2025, states a search warrant was executed at a Binney Street residence in Omaha, Nebraska and twenty-two individuals were identified on scene. OPD documentation identifies at least three of these individuals as gang members or associates of gang members: Bol Joseph Dau, Noel Morris Eremeti, and Dheal Andrew Duany. The undersigned contacted the detective noted on the incident report, who advised that numerous firearms were retrieved at the time of this search and multiple firearms have been identified as stolen. The detective further stated that Mr. Bethow was taken to the police station where his DNA was taken, and his phone was confiscated. At the time of the writing of this report, no charges have been filed. |
| 6 | Majok Bethow is in violation of **Standard Condition #9** which states, " The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer." |
| | Majok Bethow reported to the Omaha Probation Office on February 7, 2025, as previously noted and failed to report that he had law contact on January 16, 2025. |

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,          Reviewed by:

_Caitlin Gates_          _Mike Sliva_

Caitlin N. Gates          Mike S. Sliva, Supervising
U.S. Probation and Pretrial Services Officer     U. S. Probation and Pretrial Services Officer

**Majok Bethow**  **March 24, 2025**
**Petition for Warrant or Summons**  **Page 5 of 5**

**THE COURT ORDERS THAT:**

_____   No action shall be taken.

   A Warrant shall be issued for service upon Majok Bethow and a hearing held by the Court to determine whether Majok Bethow has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____   The U. S. Probation Officer shall summons Majok Bethow to appear for a hearing in court to determine whether Majok Bethow has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____   The following action to be taken (specify other action):

_____   March 24, 2025
The Honorable Robert F. Rossiter, Jr.   _____
Chief U.S. District Judge   Date

**\* \* \* NOTICE TO OFFENDER \* \* \***

Pursuant to the Federal Rules of Criminal Procedure 32.1(b)(2) you are entitled to:
- **(A)** written notice of the alleged violation(s);
- **(B)** disclosure of the evidence against you;
- **(C)** an opportunity to appear, present evidence, and question adverse witnesses unless the court determines that the interest of justice does not require the witness to appear;
- **(D)** notice of your right to retain counsel or to request that counsel be appointed if you cannot obtain counsel.